UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERALDINE CAMPBELL,

    Plaintiff,

v.                                                                                   4:13cv359-WS

3101 GINGER DRIVE OPERATIONS
LLC, d/b/a HERITAGE HEALTHCARE
CENTER,

    Defendant.

_____

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

    1.  This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

    2.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

    3.  In the event settlement is not consummated for any reason, the court reserves jurisdiction, upon motion filed by any party, within sixty (60) days after the date hereof, to enforce the settlement, to reopen proceedings, and/or to amend, alter, or vacate and set aside the judgment of dismissal.

DONE AND ORDERED this __2nd__ day of ___January___, 2014.


                                                              s/ William Stafford
                                                              WILLIAM STAFFORD
                                                              SENIOR UNITED STATES DISTRICT JUDGE